August 25, 2020

United States District Court
    For the
Southern District of New York

Re: Civil action No. 1:20-cv-5455

My name is Jean S. Smith and have been served a summons in a civil action suit by Wells Fargo Bank.

I have wired Starx Motors, L. L. C./ Janis Auto Market L. L. C. $6,500 on February 26, 2020. It went to escrow to Janis Auto Market, L. L. C. My husband was purchasing a 1934 Ford coupe. It was suppose to be delivered to us within 7 days of the wire transfer. On February 27, 2020 my husband tried contacting Janis Auto Market through email and all their email accounts were shut down.

My husband contacted Wells Fargo bank and asked them if there was any way we could stop this group from scamming other people and possible getting our money returned. They told us we would have to inform our bank who would have to contact Wells Fargo and tell them that they did in fact wire the money for us as proof.
I contacted my bank which is Resource Bank and they told us they would inform Wells Fargo about this scam and that it would probably be a totally lost cause to ever seeing our money.

We thought this was a legit company since they were a Limited Liability Corporation and held accounts with Wells Fargo.

Sincerely,

Jean Smith

77239 Hwy 21
Covington, LA. 70435
985-966-5060

2020 SEP -1 AM 10: 35

SDNY PRO SE OFFICE
RECEIVED

$0.50
US POSTAGE
FIRST-CLASS
062S0007252398
70433

NEW ORLEANS
LA 700
28 AUG 20
PM 2 L

10007-131699

Pro Se Intake

Jean Smith
77239 Hwy. 21
Covington, LA 70435

HONORABLE RUBY J. KRAJICK
CLERK OF COURT, USDC/SDNY
500 PEARL STREET
NEW YORK, NY 10007

RECEIVED
SDNY PRO SE OFFICE
2020 SEP -1 AM 10: 01