09-01-2020

The extension request is so ordered. Mr. Oliver shall have until September 18, 2020 to respond to the Complaint.

Hon. Alvin K Hellerstein, USDJ
Southern District of New York

Alvin K. Hellerstein /s/
September 2, 2020

**RE:   Wells Fargo Bank, N.A. vs. Starx Motors LLC, Jean S. Smith, Benjamin Schirage, Jacques A. Horn, Gene T. Oliver Michael A. Chavez and Jacqueline Chavez. Case No. 20-cv-5455**
      **Extension Request on the Response to Complaint / Dated 7-16-20**

Dear Judge Alvin K Hellerstein,

   I ask that the Court extend the September 4, 2020 deadline for my Response to Complaint to September 18, 2020.

   I have not previously requested an extension for this deadline.

   I am requesting this extension because I am *pro se* and it is difficult for me to meet this deadline. In addition, I am out of town for approximately 3 weeks for work. I am working around 12-hour days and trying to make time to contact attorneys in New York who are willing to assist. It has been difficult with work and the time zone difference to find assistance. If possible, I would like to request more time to find council or come to a better understanding of the case moving forward.

   I have not attempted to contact opposing counsel to request permission for this extension.

   Accordingly, I propose the following schedule:

   September 18, 2020

   Thank you for your consideration.

                            Respectfully,

                            Gene T. Oliver
                            913 NW 113th St.
                            Kansas City, MO 64155
                            (816)-876-0637
                            PRO SE


                            s/ Gene T. Oliver