Wells Fargo Bank, N.A.
V.
Starx Motors LLC, Jean S. Smith, Benjamin Schrage, Jacques A. Horn, Gene T. Oliver, Michael A. Chavez and Jacqueline Chavez

Civil Action # 1:20-cv-5455

During the month of February, I was engaged in email communication with Janice Auto Market regarding the purchase of a used vehicle. On February 27 2020, I wired $10,800.00 to Janice Auto Market acct.# 6533326598 for the purchase of a 1949 Ford. To this day, I still have not received the vehicle. I have two requests -

1. A return of the $10,800.00 to me now being held in the restrained account.

2. A denial of Wells Fargo's request to have their costs and attorney fees be paid from the restrained proceeds.


Thank you.

*[signature]*

Jacques A. Horn
710 E. 22nd. St. #105
Oakland CA
94606