AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| Wells Fargo Bank, N.A. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-05455-AKH |
| Starx Motors LLC et al | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Wells Fargo Bank, N.A.

Date:   10/09/2020

*Attorney's signature*

Elizabeth C. Viele (EC9668)
*Printed name and bar number*

Fox Rothschild LLP
101 Park Avenue, Suite 1700
New York, New York 10178
*Address*

eviele@foxrothschild.com
*E-mail address*

(212) 878-7900
*Telephone number*

(212) 692-0940
*FAX number*