UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
WELLS FARGO BANK, N.A.                    :
                                          : Civil Action No.: 1:20-cv-05455
           Plaintiff,                :
                                          : Judge: The Honorable Alvin K. Hellerstein
     -against-                            :
                                          : **NOTICE OF INTERPLEADER**
                                          : **MOTION**
STARX MOTORS LLC, JEAN S. SMITH,          :
BENJAMIN SCHRAGE, JACQUES A.              :
HORN, GENE T. OLIVER, MICHAEL A.          :
CHAVEZ and JACQUELINE CHAVEZ              :
                                          :
           Defendants.               :
------------------------------------------------------------x

**PLEASE TAKE NOTICE** that, upon the accompanying Declaration of Elizabeth C. Viele, the memorandum of law, and all prior proceedings, pleadings, and filings in this action, Plaintiff Wells Fargo Bank, N.A. ("Wells Fargo") will move before the Honorable Alvin K. Hellerstein, United States District Judge, Room 1050, United States Courthouse, 500 Pearl Street, New York, New York 10007, at such date as the Court determines, for an Order permitting Wells Fargo to deposit into the Registry of this Court the Restrained Proceeds (as defined in the Complaint) that are subject of its Complaint for Interpleader, and dismissing and discharging Wells Fargo from this action, along with an award of its reasonable attorneys' fees and costs, to which it is entitled to both contractually and as a matter of law.

Dated:  October 30, 2020
       New York, New York

                                                     /s/ Elizabeth C. Viele
                                                     Elizabeth C. Viele, Esq.
                                                     Fox Rothschild LLP
                                                     101 Park Avenue, 17th Floor
                                                     New York, NY 10178
                                                     (212) 878-7900
                                                     eviele@foxrothschild.com