UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------ x
WELLS FARGO BANK, N.A.,                   :
                                          :
                       Plaintiff,         :    ORDER REGARDING
                                          :    DEFAULT JUDGMENT
         v.                               :
                                          :    20 Civ. 5455 (AKH)
                                          :
STARX MOTORS LLC, et al.,                 :
                                          :
                       Defendants.        :
                                          :
                                          :
------------------------------------------------------------ x
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The interpleader plaintiff submitted a proposed default judgment.  *See* ECF No. 52.  The interpleader plaintiff shall submit its proposed attorneys' fees and costs and then resubmit the proposed default judgment.

        SO ORDERED.

Dated:    January 3, 2021               /s/ Alvin K. Hellerstein
           New York, New York         ALVIN K. HELLERSTEIN
                                                  United States District Judge