

101 Park Avenue, 17th Floor
New York, NY 10178
Tel 212.878.7900  Fax 212.692.0940
www.foxrothschild.com

ELIZABETH C. VIELE
Direct Dial: (212) 878-7968
Email Address: EViele@FoxRothschild.com

January 15, 2021

**VIA ECF**

Hon. Alvin K. Hellerstein
United States District Court
Southern District of New York
United States Courthouse
Room 1050
500 Pearl Street
New York, New York 10007

**Re**: **Wells Fargo Bank, N.A. v. Starx Motors, LLC et al., 1:20-cv-05455-AKH**

Dear Judge Hellerstein:

This Firm represents Plaintiff Wells Fargo Bank, N.A. ("Wells Fargo") in the above-referenced action.

As directed by Your Honor in the order dated January 3, 2021, Wells Fargo has calculated the fees and costs it seeks to recover as $6,269.00 in attorney's fees and $1,667.00 in costs. These fees represent work performed by Fox Rothschild LLP from August 2020 to December 2020.

The rates charged by the attorneys on this matter were:

| | |
|---|---|
| Amy Rubin | $410.00 |
| Elizabeth Viele | $390.00 |
| Seth Burack | $256.00 |
| Alexandra Sobol | $269.00 |

These rates were provided at a discount to Wells Fargo, below the normal rates charged by the attorneys. In addition, paralegal, Robert Gee, performed work on this matter at a rates of $176.00 per hour.

118382538



Hon. Alvin K. Hellerstein
Page 2

      Enclosed herewith are copies of Wells Fargo's detailed time entries and invoices for the months August 2020 through December 2020. As set forth above and reflected in the attached, there is a total of $6,269.00 in attorney's fees and $1,667.00 in costs (i.e. filing and service of process costs), which amount to $7,936.00.

We thank the Court for its attention to this matter.

Very truly yours,

Elizabeth C. Viele, Esq.

# August 2020 Invoice



# Fox Rothschild LLP
## ATTORNEYS AT LAW

Phillips Point, 777 South Flagler Drive, Suite 1700 West Tower, West Palm Beach, FL 33401
Tel 561.835.9600  Fax 561.835.9602  www.foxrothschild.com

TAX I.D. NO. ███████

WELLS FARGO BANK, N.A.  
BILLING & DOCUMENTATION COORDINATOR  
WACHOVIA CORPORATION  
LEGAL DIVISION (NC-0630)  
301 S. COLLEGE STREET  
CHARLOTTE, NC 28288  

| | |
|---|---|
| Invoice Number | 2598312 |
| Invoice Date | 08/21/20 |
| Client Number | 072979 |
| Matter Number | 01084 |
| Client Matter ID | WF2020019261 |

RE: JANIS AUTO MARKET LLC (NY)

**FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/20:**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 07/02/20 | RUBIN | REVIEW CLIENT EMAIL REGARDING ███████, CONSIDERATION TO VENUE FOR FILING SAMEEMAIL CLIENT REGARDING ███████ | 0.2 | $82.00 |
| 07/06/20 | BURACK | CORRESPONDENCE WITH CLIENT REGARDING ███████ (0.1); INITIAL REVIEW OF CASE-FILE (1.2); CORRESPONDENCES TO CUSTOMER, JANIS EZERGAILAS RE: ATTEMPTED DEBIT AUTHORIZATION (0.3); REVIEW OF BACKGROUND MATERIALS ON CUSTOMER (0.5) | 2.1 | $537.60 |
| 07/10/20 | BURACK | FOLLOW-UP ATTEMPTED CORRESPONDENCE TO JANIS EZERGALAIS RE: OUR RETENTION AS BANK COUNSEL AND DEBIT AUTHORIZATION. | 0.1 | $25.60 |
| 07/13/20 | BURACK | DRAFT INTERPLEADER COMPLAINT, WHICH INCLUDES SIX CLAIMANT DEFENDANTS FOR FIVE SEPARATE WIRES (2.3); CONTINUED REVIEW OF CASE-FILE FOR SAME (0.3); CORRESPONDENCE WITH CLIENT REGARDING ███████ (0.2) | 2.8 | $716.80 |
| 07/15/20 | BURACK | ADDRESS ISSUES IN CONNECTION | 0.2 | $51.20 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| | | WITH SERVICE OF APPROVED INTERPLEADER COMPLAINT. | | |
| 07/15/20 | GEE | DRAFT CIVIL COVER SHEET IN SUPPORT OF INTERPLEADER COMPLAINT. | 0.5 | $88.00 |
| 07/15/20 | GEE | DRAFT SEVEN SUMMONSES DIRECTED TO ALL DEFENDANTS | 1.2 | $211.20 |
| 07/15/20 | GEE | DRAFT RULE 7.1 CORPORATE DISCLOSURE STATEMENT | 0.4 | $70.40 |
| 07/15/20 | GEE | REVIEW DRAFT INTERPLEADER COMPLAINT FOR COMPLIANCE WITH SDNY RULES. | 0.3 | $52.80 |
| 07/15/20 | GEE | COMMENCE INTERPLEADER ACTION WITH SDNY CLERK'S OFFICE. | 0.4 | $70.40 |
| 07/15/20 | SOBOL | SUBSTANTIVELY REVISE CIVIL COVER SHEET AND RULE 7.1 PRIOR TO FILING. | 0.2 | $53.80 |
| 07/15/20 | SOBOL | EMAIL CLIENT COPIES OF FILED PLEADINGS. | 0.1 | $26.90 |
| | | **TOTAL** | **8.5** | **$1,986.70** |

**TIMEKEEPER TIME SUMMARY:**

| Timekeeper | Hours | Rate |
|---|---|---|
| A.S. RUBIN | 0.2 | $410.00 |
| S. B. BURACK | 5.2 | $256.00 |
| A. L. SOBOL | 0.3 | $269.00 |
| R. GEE | 2.8 | $176.00 |
| TOTAL | 8.5 | |

**TOTAL BALANCE DUE UPON RECEIPT**     **$1,986.70**

# September 2020 Invoice



# Fox Rothschild LLP
## ATTORNEYS AT LAW

Phillips Point, 777 South Flagler Drive, Suite 1700 West Tower, West Palm Beach, FL 33401
Tel 561.835.9600   Fax 561.835.9602   www.foxrothschild.com

TAX I.D. NO.

| | |
|---|---|
| WELLS FARGO BANK, N.A. | Invoice Number  2610687 |
| BILLING & DOCUMENTATION COORDINATOR | Invoice Date  09/15/20 |
| WACHOVIA CORPORATION | Client Number  072979 |
| LEGAL DIVISION (NC-0630) | Matter Number  01084 |
| 301 S. COLLEGE STREET | Client Matter ID  WF2020019261 |
| CHARLOTTE, NC 28288 | |

RE:  JANIS AUTO MARKET LLC (NY)

**FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/20:**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 08/06/20 | BURACK | CONSIDERATION OF STATUS/STRATEGY RE: ▓▓▓▓. | 0.1 | $25.60 |
| 08/06/20 | SOBOL | REVIEW DOCKET RE: SUMMONSES AND SERVICE. | 0.2 | $53.80 |
| 08/20/20 | GEE | COMMUNICATION/WORK WITH PROCESS SERVER REGARDING STATUS OF OUT OF STATE SUMMONSES AND OBTAINING SERVICE. | 0.3 | $52.80 |
| 08/21/20 | SOBOL | REVIEW SERVICE STATUS (.1); REVIEW ANSWER FILED BY DEFENDANT SCHRAGE (.3). | 0.4 | $107.60 |
| 08/25/20 | SOBOL | TEL. WITH DEFENDANT SMITH RE: LAWSUIT. | 0.2 | $53.80 |
| 08/31/20 | BURACK | CONSIDERATION OF UPCOMING RESPONSE DEADLINES RE: MOVING INTERPLEADER FORWARD. | 0.2 | $51.20 |
| | | **TOTAL** | **1.4** | **$344.80** |

**TIMEKEEPER TIME SUMMARY:**

| Timekeeper | Hours | Rate |
|---|---|---|
| S. B. BURACK | 0.3 | $256.00 |
| A. L. SOBOL | 0.8 | $269.00 |
| R. GEE | 0.3 | $176.00 |
| TOTAL | 1.4 | |

|  |  |
|---|---|
| TOTAL PROFESSIONAL SERVICES | $344.80 |

**COSTS ADVANCED AND EXPENSES INCURRED:**

| Description | Amount |
|---|---|
| COURT FILINGS | $400.00 |

|  |  |
|---|---|
| TOTAL EXPENSES | $400.00 |
| TOTAL AMOUNT OF THIS INVOICE | $744.80 |
| PRIOR BALANCE DUE | $70.40 |
| **TOTAL BALANCE DUE UPON RECEIPT** | **$815.20** |

# October 2020 Invoice



## Fox Rothschild LLP
### ATTORNEYS AT LAW

Phillips Point, 777 South Flagler Drive, Suite 1700 West Tower, West Palm Beach, FL 33401
Tel 561.835.9600   Fax 561.835.9602   www.foxrothschild.com

TAX I.D. NO. ███████

| | |
|---|---|
| WELLS FARGO BANK, N.A. | Invoice Number  2629362 |
| BILLING & DOCUMENTATION COORDINATOR | Invoice Date  10/16/20 |
| WACHOVIA CORPORATION | Client Number  072979 |
| LEGAL DIVISION (NC-0630) | Matter Number  01084 |
| 301 S. COLLEGE STREET | Client Matter ID  WF2020019261 |
| CHARLOTTE, NC 28288 | |

RE:   JANIS AUTO MARKET LLC (NY)

**FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/20:**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 09/04/20 | SOBOL | REVIEW STATUS OF SERVICE AND DEFENDANTS' APPEARING/ANSWERING IN ACTION. | 0.5 | $134.50 |
| 09/09/20 | BURACK | CONSIDERATION OF STATUS OF ALL DEFENDANTS' ANSWERS (OR LACK THEREOF) TO THE COMPLAINT AND CONSIDERATIOM OF ANTICIPATED DEFAULTS AND MOTION FOR INTERPLEADER. | 0.1 | $25.60 |
| 09/09/20 | SOBOL | EMAIL CLIENT RE: ███████████████. | 0.3 | $80.70 |
| 09/14/20 | GEE | DRAFT CLERK'S DEFAULT, INCLUDING ATTORNEY AFFIRMATION IN SUPPORT FOR DEFENDANT MICHAEL A. CHAVEZ. | 0.5 | $88.00 |
| 09/14/20 | GEE | DRAFT CLERK'S DEFAULT, INCLUDING ATTORNEY AFFIRMATION IN SUPPORT FOR DEFENDANT JACQUELINE CHAVEZ. | 0.5 | $88.00 |
| 09/14/20 | GEE | DRAFT CLERK'S DEFAULT, INCLUDING ATTORNEY AFFIRMATION IN SUPPORT FOR DEFENDANT STARX MOTORS LLC. | 0.5 | $88.00 |
| 09/15/20 | GEE | COMMUNICATIONS WITH PROCESS SERVER REGARDING REJECTION OF SERVICE OF PROCESS FROM CSC. | 0.3 | $52.80 |
| 09/15/20 | GEE | COMMUNICATIONS WITH CSC REGARDING REJECTION OF SERVICE OF PROCESS. | 0.1 | $17.60 |
| 09/16/20 | SOBOL | EMAILS RE: SOS SERVICE ISSUE ON | 0.2 | $53.80 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| | | STARX MOTORS. | | |
| 09/16/20 | SOBOL | REVIEW ANSWER FILED BY DEFENDANT OLIVER AND CORRESPONDING EXHIBITS. | 0.3 | $80.70 |
| | | **TOTAL** | **3.3** | **$709.70** |

**TIMEKEEPER TIME SUMMARY:**

| Timekeeper | Hours | Rate |
|---|---|---|
| S. B. BURACK | 0.1 | $256.00 |
| A. L. SOBOL | 1.3 | $269.00 |
| R. GEE | 1.9 | $176.00 |
| TOTAL | 3.3 | |

| | |
|---|---|
| TOTAL AMOUNT OF THIS INVOICE | $709.70 |
| PRIOR BALANCE DUE | $70.40 |
| **TOTAL BALANCE DUE UPON RECEIPT** | **$780.10** |

# DECEMBER 2020 Invoice



## Fox Rothschild LLP
### ATTORNEYS AT LAW

Phillips Point, 777 South Flagler Drive, Suite 1700 West Tower, West Palm Beach, FL 33401
Tel 561.835.9600   Fax 561.835.9602   www.foxrothschild.com

TAX I.D. NO. 23-1404723

| | |
|---|---|
| WELLS FARGO BANK, N.A. | Invoice Number 2661866 |
| BILLING & DOCUMENTATION COORDINATOR | Invoice Date 12/08/20 |
| WACHOVIA CORPORATION | Client Number 072979 |
| LEGAL DIVISION (NC-0630) | Matter Number 01084 |
| 301 S. COLLEGE STREET | Client Matter ID WF2020019261 |
| CHARLOTTE, NC 28288 | |

RE:  JANIS AUTO MARKET LLC (NY)

**FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/20:**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 11/20/20 | GEE | DRAFT AFFIDAVIT OF SERVICE FOR MOTION FOR INTERPLEADER RELIEF AND MOTION FOR DEFAULT JUDGMENT. | 0.3 | $52.80 |
| 11/20/20 | GEE | REVIEW FEDERAL COURT DOCKET REGARDING OPPOSITION TO PENDING MOTIONS FOR INTERPLEADER RELIEF AND TO DISMISS. | 0.1 | $17.60 |
| 11/24/20 | VIELE | REVIEW DOCKET AND CASE STATUS FOR UPDATES. | 0.2 | $78.00 |
| | | **TOTAL** | **0.6** | **$148.40** |

**TIMEKEEPER TIME SUMMARY:**

| Timekeeper | | Hours | Rate |
|---|---|---|---|
| EC VIELE | | 0.2 | $390.00 |
| R. GEE | | 0.4 | $176.00 |
| | TOTAL | 0.6 | |

| | |
|---|---|
| TOTAL PROFESSIONAL SERVICES | $148.40 |
| TOTAL AMOUNT OF THIS INVOICE | $148.40 |
| PRIOR BALANCE DUE | $4,416.80 |
| **TOTAL BALANCE DUE UPON RECEIPT** | **$4,565.20** |