3-4-21
year of the Ox.

Notice of Change of Address

Wells Fargo Bank, N.A. v. Starx Motors LLC

Case # 20-CV-05455-AKH

"I hereby notify the Court that my address has changed to the following:"

Horn, Jacques A
1056 Via Palma
San Lorenzo, CA
94580
510 499-6650
horn.j77@gmail.com
3-4-21

RECEIVED
SDNY PRO SE OFFICE
2021 MAR -9 AM 10: 52




OAKLAND CA 945
4 MAR 2021 PM 7 L

Southern District Courthouse
500 Pearl St
New York, NY
10007
Attn: Pro Se Intake

J. Horn
1056 Via Palma
San Lorenzo CA
94580

RECEIVED
SDNY PRO SE OFFICE
2021 MAR -9 AM 10: 36