UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
WELLS FARGO BANK, N.A.                          :
                                                :  Civil Action No.: 1:20-cv-05455
           Plaintiff,                     :
                                                :
          -against-                         :  **AMENDED DEFAULT JUDGMENT**
                                                :
STARX MOTORS LLC, JEAN S. SMITH,                :
BENJAMIN SCHRAGE, JACQUES A.                    :
HORN, GENE T. OLIVER, MICHAEL A.                :
CHAVEZ and JACQUELINE CHAVEZ                    :
                                                :
          Defendants.                    :
---------------------------------------------------------------x

      This action having been commenced on July 15, 2020 by Plaintiff Wells Fargo Bank, N.A. ("Wells Fargo"), a copy of the summons and complaint having been served on Defendant Starx Motors LLC ("Starx Motors") by personally serving Starx Motors through its registered agent on September 17, 2020, proof of service having been filed on October 9, 2020, Starx Motors not having answered the Complaint, and Starx Motors' time for answering the Complaint having expired on October 8, 2020, the Clerk having entered default against Starx Motors on October 20, 2020; a copy of the summons and complaint having been served on Defendants Jacqueline Chavez and Michael A. Chavez (the "Chavezes") by personally serving the Chavezes on August 15, 2020, proof of service having been filed on September 1, 2020, the Chavezes not having answered the Complaint, and the Chavezes time for answering the Complaint having expired on September 8, 2020, the Clerk having entered default against the Chavezes on October 20, 2020; and Wells Fargo having made a separate motion (ECF Nos. 47-49, the "Wells Fargo Interpleader Motion") requesting that the Court issue an Order directing the Clerk of Court to accept the interpleader

funds in the amount of $64,151.21 (the "Restrained Proceeds") less Wells Fargo's reasonable attorney's fees and costs, it is hereby

**ORDERED** that Wells Fargo has judgment against Defendants Starx Motors and the Chavezes; and it is further

**ORDERED** that upon the deposit of the subject Restrained Proceeds less Wells Fargo's reasonable attorney's fees and costs (the "Interpleader Funds"), as permitted under applicable law and the Wells Fargo Deposit Agreement, Wells Fargo will be dismissed from this action. The Clerk of Court is respectfully instructed to (i) deposit the Interpleader Funds into the interest-bearing Disputed Ownership Fund, (ii) terminate the open motion (ECF No. 56), and (iii) vacate the prior Default Judgment (ECF No. 58).

Dated: New York, New York
      March 31, 2021

/s/ Hon. Alvin K. Hellerstein
HON. ALVIN K. HELLERSTEIN, USDJ