**Declaration of Service**

I, Richard E. Lerner, declare under penalty of perjury, pursuant to 28 U.S.C. 1746, that on April 8, 2021, I served defendant/claimant's motion for an order directing disbursement from the interpleader fund, as follows:

Via U.S. Mail to: Defendant/claimant Jean S. Smith, 77239 Highway 21, Covington, La 70435

Via email to: Defendant/claimant Jacques A. Horn, horn.j11@gmail.com
Defendant/claimant Gene T. Oliver, Jr. 87.gto.11@gmail.com

Dated: New York, New York
April 8, 2021

*/s/ Richard E. Lerner*
Richard E. Lerner