UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WELLS FARGO BANK, N.A., *plaintiff*,

-against-

STARX MOTORS LLC, JEAN S. SMITH, BENJAMIN SCHRAGE, JACQUES A. HORN, GENE T. OLIVER, MICHAEL A. CHAVEZ and JACQUELINE CHAVEZ, *defendants*.

Case No. 20-cv-5455

Hon. Alvin K. Hellerstein, USDJ

## Motion for an Order Directing Disbursement of Interpleader Funds

I, defendant/claimant Jacques Horn will respectfully move this court, before the Honorable Alvin K. Hellerstein, 500 Pearl St. New York, New York, at a date and time to be determined by the court, for an order directing the clerk of the court to disburse my rightful share of the Disputed Ownership Fund (DOF), believed to total the principal amount of $56,215.12, plus such interest as may accrue on such share.

Dated: April 10, 2021

Respectfully Submitted,

Jacques Horn
San Lorenzo, Ca 94580
(510)499-6650
horn.j11@gmail.com
Pro Se

Served to the following:

| | |
|---|---|
| Via U.S. Mail to: | Defendant/claimant Jean S. Smith, 77239 Highway 21, Covington, La 70435 |
| Via email to: | Defendant/claimant Gene T. Oliver, Jr. 87.gto.11@gmail.com |
| Via email to: | Attorney Richard Lerner Richard@mazzolalindstrom.com, counsel for Defendant/claimant Gene T. Oliver, Jr. |