Plaintiff: Wells Fargo Bank NA

    Against

Defendants: Starx Motors LLC, Jean S. Smith, Benjamin Schrage, Jacques A. Horn, Gene T. Oliver, Michael A Chavez and Jacqueline Chavez

Civil Action No. AKH 1:20-cv-5455

## Declaration of Service

I, Jacques Horn, declare under penalty of perjury, pursuant to 28 U.S.C. 1746, that on April 12, 2021, I served my motion for an order directing disbursement from the interpleader fund, as follows:

| | |
|---|---|
| Via U.S. Mail to: | Defendant/claimant Jean S. Smith, 77239 Highway 21, Covington, La 70435 |
| Via email to: | Attorney Richard Lerner Richard@mazzolalindstrom.com counsel for Defendant/claimant Benjamin Schrage |
| | Defendant/claimant Gene T. Oliver, Jr. 87.gto.11@gmail.com |

Dated April 12, 2021

                                                  Respectfully Submitted,

                                                  Jacques Horn

                                                  San Lorenzo, Ca 94580

                                                  (510)499-6650

                                                  Horn.j11@gmail.com

                                                  Pro Se