UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WELLS FARGO BANK, N.A., p*laintiff,* | Case No. 1:20-cv-5455 |
| -against- | Hon. Alvin K. Hellerstein, USDJ |
| STARX MOTORS LLC, JEAN S. SMITH, BENJAMIN SCHARGE, JACQUES A. HORN, GENE T. OLIVER, MICHAEL A. CHAVEZ and JACQUELINE CHAVEZ, d*efendants.* | |

## Motion for an Order Directing
## Disbursement of Interpleader Funds

I, defendant/claimant Gene T. Oliver will respectfully move this court, before the Honorable Alvin K. Hellerstein, 500 Pearl St. New York, New York, at a date and time to be determined by the court, for an order directing the clerk of the court to disburse my rightful share of the interpleader fund, believed to total the principal amount of $56,215.12, plus such interest as may accrue on such share.

Dated: April 13, 2020

Respectfully

*[signature]*
Gene T. Oliver
913 NW 113th St.
Kansas City, MO 64155
(816)-876-0637
87.gto.11@gmail.com
PRO SE

**Served to the following:**

| | |
|---|---|
| Via US Mail to: | Defendant/claimant Jean S. Smith, 77239 Highway 21, Covington, La 70435 |
| Via Email to: | Attorney Richard Lerner Richard@mazzolalindstrom.com, counsel for Defendant/claimant Benjamin Schrage |
| | Defendant/claimant Jacques A. Horn, horn.j11@gmail.com |

1