UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WELLS FARGO BANK, N.A., p*laintiff,* | Case No. 1:20-cv-5455 |
| -against- | Hon. Alvin K. Hellerstein, USDJ |
| STARX MOTORS LLC, JEAN S. SMITH, | |
| BENJAMIN SCHARGE, JACQUES A. HORN, | |
| GENE T. OLIVER, MICHAEL A. CHAVEZ | |
| and JACQUELINE CHAVEZ, d*efendants.* | |

## Declaration of Defendant/Claimant Gene T. Oliver

I, Gene T. Oliver, declare under penalty of perjury, pursuant to 28 U.S.C. 1746, as follows:

1. I, Gene Oliver, found a 1972 Chevrolet Blazer on several classic car sites. When I reached out to contact seller, I was redirected to eAutoFlashTraders.com. I contacted eAuto Flash Traders to verify the Blazer was still available. I was contacted via email by an individual claiming to be Blake Meyers from their Sales Department.

2. I, Gene Oliver, requested a video of the Blazer running and a walk around. Blake stated in the chat that the Blazer was in their warehouse and would need to see who was available to get a video of the Blazer in operation.

3. I, Gene Oliver, moved forward with the purchase of the 1972 Blazer by completing the purchase form on eAuto Flash Trader's website to receive a Transaction ID number (2402546466).

4. A follow up email was received by orders@eautoflash.com on February 24, 2020 with account information and wire transfer instructions, **Exhibit A**.

## EXHIBIT A

Gmail                                                                 Gene O <87.gto.11@gmail.com>

**eAutoFlash Traders - Payment Invoice - Transaction ID - 2402546466**
1 message

**eAutoFlash Traders** <orders@eautoflash.com>                                        Mon, Feb 24, 2020 at 1:11 PM
To: 87.gto.11@gmail.com

eAutoFlash Traders

| Customer | Transaction ID# | Invoice Number | Stock# | Invoice Date |
|---|---|---|---|---|
| Gene Oliver | >>> 2402546466 | G1-2402546466 | >>> HG537595 | 02.24.2020 |

Chat with Us

Transaction Details

| | |
|---|---|
| Buyer | Gene Oliver |
| Item Title | 1972 Chevrolet Blazer CST K5 4WD |
| Shipping Fees | US $0.00 |
| Total Amount | **US $8,900.00** |
| Shipping To | **Gene Oliver** 8148 NW 90TH St, Kansas City, Missouri, 64153 United States |

**Once we receive the payment confirmation, the shipping process will start. Until then, the item remains available for sale.**

How to make the payment?

Attention: We DO NOT accept cashier's check, or personal check.
Cashiers checks can be easily faked and it can take weeks to figure that out.

**To submit the payment, follow this steps:**

The buyer must send the payment of (US $8,900.00) to the **eAutoFlash Traders** Escrow bank account. It is recommended to send the payment as soon as possible. Sending the payment by any other method of payment will void this transaction and your right to refund.

Bank Account Information

| | |
|---|---|
| Bank Name: | **Wells Fargo** |
| Bank Address: | **255 2nd Ave S, Minneapolis, MN 55479 US** |
| Escrow Account Holder: | **Janis Auto Market LLC** |
| Mailing Address: | **410 Groveland Furnished, Minneapolis, MN 55403 US** |
| Account # | **6533326598** |
| Routing # | **121000248** |

**e-Mail us a scanned copy or a clear digital picture of the transfer receipt.**
The payment confirmation receipt is required by our Financial Department in order to validate the payment. Once the payment is completed, please attach the payment receipt and send it by:

Send your payment details by using OUR SECURE FORM. For security reasons we DO NOT allow customers to send the scanned receipts directly by email.

VERY IMPORTANT - PLEASE READ

**Attention:**

Item Location:
**eAutoFlash Traders Self Storage**

Gene T. Oliver
913 NE 113th St.
Kansas City, MO 64155
(816)876-0637
81.gto.11@gmail.com
PRO SE

5. I, Gene Oliver, arranged and completed a wire transfer from Community America Credit Union (CACU) to Janis Auto Market, LLC checking account with Wells Fargo on February 25, 2020 in the amount of $8,900 and obtained a receipt from CACU, **Exhibit B**.



**CommunityAmerica CREDIT UNION**
9777 Ridge Drive
Lenexa KS 66219
(913) 905-7000

Your wire request for $8,900.00 will be debited from account 1249369-70.
In addition, a $25.00 wire fee has been assessed.

--- WIRE DETAILS ---

Wire Sequence
62936
Business Code / Wire Type
CTR-Customer Transfer
1000-Basic Funds Transfer

Originator Information
Originator
GENE T OLIVER JR
D 1249369-70
8146 NW 99TH ST
KANSAS CITY MO 641537814
United States

Entered Date
02/25/2020 01:44 PM Central Time
Effective Date
02/25/2020
Receiving Financial Institution
121000248 WELLS FARGO NA
Beneficiary Information
Beneficiary
JANIS AUTO MARKET LLC
D 6533326593
410 GROVELAND FURNISHED
MINNEAPOLIS MN 55403
1972 CHEV BLAZER CSTK5 4WD
United States
Beneficiary Reference
TRANS2402546466

SIGNATURE _____
DATE 02/25/2020

The above-signed originator requests payment to be made to the beneficiary or account number named above. To the extent not prohibited by law, the undersigned agrees that this wire transfer is irrevocable and that the sole obligation of CommunityAmerica CU is to exercise ordinary care in processing this wire transfer and that it is not responsible for any losses or delays which occur as a result of any other party's involvement in processing this transfer.

_____
Gene T. Oliver
913 NE 113th St.
Kansas City, MO 64155
(816)876-0637
81.gto.11@gmail.com
PRO SE

6. I received an email of the approved transaction on February 25, 2020 and that the shipping process had begun. I would be able to check the shipping progress through their website www.eautoflash.com on the Transaction Page.

7. I had not received a response from the delivery driver or anyone at eAuto Flash Traders pertaining to the delivery of the 1972 Blazer. I attempted contact them multiple times with the unfortunate realization that I had been scammed out of $8,900.00.

8. I understand that Wells Fargo alleged in paragraph 23 that I had indeed made a recall request, on the ground of fraud, thus confirming that the request was made.

9. I notified my bank that Janis Auto Market account was a scam and hand wrote a letter requesting Mrs./Ms. Cooper at CACU to recall the funds from Wells Fargo on the grounds of fraud, **Exhibit C**.

## EXIBIT C

I Gene Oliver authorize Community America Credit Union (CACU) to try and reverse the wire transfer to Wells Fargo / Janis Auto Market LLC / eAuto Flash Traders.

I tried to purchase a 1972 Chevrolet K5 Blazer for $8,900.00. A wire transfer was sent February 25, 2020. February 27, 2020 thru March 2, 2020, eAuto Flash has sent multiple emails stating they have not received payment. I called CACU multiple times during that period to assist. March 2, 2020 thru March 5, 2020, I have sent multiple emails checking on status of both the wire transfer and the Blazer with no response.

Wire Sequence = 62936
Business Code / Wire Type = CTR Customer Transfer 1000-Basic Funds Transfer
Transfer Entered 02-25-2020 13:44 Central Time
Transfer Sent 02-25-2020 15:04 Central Time
Receiving
Financial Institution Wells Fargo 255 2nd Ave S, Minneapolis, MN 5547
Account Number 6533326598
Routing Number 121000248
Account Holder Janis Auto Market LLC
 410 Groveland Furnished, Minneapolis, MN 55403

Wells Fargo Fraud Department 1-800-383-5717
 Reference No. 3055648

03-05-2020

Gene T. Oliver
913 NE 113th St.
Kansas City, MO 64155
(816)876-0637
81.gto.11@gmail.com
PRO SE

---

10. Based upon the foregoing, I respectfully request that the court issue an order directing the clerk of the court to disburse to me from the interpleader fund my rightful share thereof

Dated: April 13, 2020

Respectfully

Gene T. Oliver
913 NW 113th St.
Kansas City, MO 64155
(816)-876-0637
87.gto.11@gmail.com
PRO SE

4