UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
:
:
WELLS FARGO BANK, N.A., :
: **ORDER REGULATING**
Plaintiff, : **PROCEEDINGS**
:
v. : 20 Civ. 5455 (AKH)
:
:
STARX MOTORS LLC, *et al.*, :
:
Defendants. :
:
:
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

      On April 9, 2021, pursuant to the Amended Default Judgment (ECF No. 60), Plaintiff Wells Fargo Bank, N.A. deposited with the Court interpleader funds in the amount of $56,215.21 ("Interpleader Funds"). Any and all claimants to the Interpleader Funds shall file their papers, showing their entitlements, by June 18, 2021. The failure to file such papers shall bar a claimant from any claim to the Interpleader Funds. All claimants are hereby ordered to appear for a consolidated hearing on June 28, 2021, at 10:30 a.m., unless the Court, on the sufficiency of the submitted papers, determines the matter before then.

      SO ORDERED.

Dated:    June 1, 2021                     _____/s/_____
           New York, New York         ALVIN K. HELLERSTEIN
                                         United States District Judge