UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
: 
: 
WELLS FARGO BANK, N.A.,                  :      **SCHEDULING ORDER**
:
                       Plaintiff,    :      20 Civ. 5455 (AKH)
:
v.                                                               :
:
:
STARX MOTORS LLC, *et al.*,              :
:
                       Defendants.   :
:
------------------------------------------------------------ x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The Court finds that the facts and legal argument are adequately presented in the submitted papers and record, and the decisional process would not be significantly aided by a hearing. The hearing scheduled for June 28, 2021, is hereby canceled.

       SO ORDERED.

Dated:    June 25, 2021                      _____/s/_____
           New York, New York           ALVIN K. HELLERSTEIN
                                                    United States District Judge